[No. 14692-4-II.   Division Two.   May 25, 1993.]

NICK KOSTELLO, ET AL, *Appellants*, v. GREG LEHMAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 87-2-00955-2, Joel M. Penoyar, J., entered

January 15, 1991. *Affirmed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Worswick, J. Pro Tem.